UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRIQUE SALINAS, ALFREDO RODRIGUEZ, ANGEL CEDENO, CHRISTIAN URGILES, FRANCISCO LUGO, JOSE AMEZOUITA, LUIS ROBALLO, MIGUEL CERVANTES, NAHUN FLORES, PABLO ALVARADO, PABLO FRANCISCO-LOPEZ, VALENTIN XOCHIPILTECATL, and VICENTE LEON,

Plaintiffs,

-against-

STARJEM RESTAURANT CORP. d/b/a Fresco by Scotto, MARION SCOTTO, and ANTHONY SCOTTO,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/13

13 Civ. 2992 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated November 7, 2013, Plaintiffs request to file a motion for conditional certification of a collective action pursuant to 29 U.S.C. §216(b) of the Fair Labor Standards Act ("FLSA"). On November 14, 2013, Defendants submitted a letter in opposition to the request, in which it contends that additional discovery would aid the Court's consideration of Plaintiffs' proposed motion. The Court agrees with Defendants. Accordingly, Plaintiffs' request for a pre-motion conference is DENIED without prejudice (ECF No. 25). Plaintiffs may re-file their request no sooner than 14 days after the close of testimonial discovery, currently scheduled for January 12, 2014.

The status conference scheduled for November 26, 2013, is adjourned to January 27, 2014, at 4:00 p.m.

SO ORDERED.

Dated: November 19, 2013
New York, New York

_____
ANALISA TORRES
United States District Judge