UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENRIQUE SALINAS , ALFREDO RODRIGUEZ, ANGEL CEDENO, CHRISTIAN URGILES, FRANCISCO LUGO, JOSE AMEZQUITA, LUIS ROBALLO, MIGUEL CERVANTES, NAHUN FLORES, PABLO ALVARADO, PABLO FRANCISCO-LOPEZ, VALENTIN XOCHIPILTECATL and VICENTE LEON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>STARJEM RESTAURANT CORP (d/b/a FRESCO BY SCOTTO), MARION SCOTTO and ANTHONY SCOTTO,<br><br>Defendants. | Case No. 13 CV 2992 (AT)<br><br>**DECLARATION OF CRAIG R. BENSON** |

I, Craig R. Benson, do hereby swear, affirm, and attest under the penalties of perjury as follows:

1.      I am over the age of 18 and am competent to testify to the matters stated in this declaration.

2.      I am an attorney admitted to practice before this Court and a Shareholder at the law firm of Littler Mendelson, P.C., attorneys for the Defendants in this action.  I make this declaration on personal knowledge and in support of Defendants' Post Trial Memorandum of Law.

3.      Attached hereto as **Exhibit A** is a true and correct copy of **Table 1**, listing the time punch records admitted into evidence as Plaintiffs' Exhibits ("Pl. Exs.") 13 through 24 at trial.

4.      Attached as **Exhibit B** is a true and correct copy of **Table 2**, listing the number of shifts worked by each Plaintiff per week in the weekly tip calculation records and admitted into evidence as Pl. Ex. 77 at trial.

5.      Attached hereto as **Exhibit C** is a true and correct copy of **Table 3**, listing the number of weeks the Plaintiffs worked zero (0) through eleven (11) shifts per week overall, as well as individually in Pl. Ex. 77, and calculated based on the total number of weekly shifts reflected in **Table 2**.

6.      Attached hereto as **Exhibit D** is a true and correct copy of **Table 4**, listing the time records for all Plaintiffs on each shift where the interval between one Plaintiff's punch in and punch out time was less than two (2) hours, or a Plaintiff was missing a punch out time entirely.  **Table 4** is based upon the same time punch records from Pl. Exs. 13-24 listed in **Table 1**.

7.      Attached hereto as **Exhibit E** is a true and correct copy of **Table 5**, containing weekly calculations for the number of shifts worked, number of hours recorded, and number of hours worked (*i.e.*, hours recorded adjusted for the 30-minute family meal break) based on the time punch records from Pl. Exs. 13-24 listed in **Table 1**.

8.      Attached hereto as **Exhibit F** is a true and correct copy of **Table 6**, containing calculations regarding the number and percentage of shifts worked by Plaintiffs for the weeks they worked more than 40 hours, based on the time punch records from Pl. Exs. 13-24 listed in **Table 1** and the calculations set forth in **Table 5**.

9.      Attached hereto as **Exhibit G** is a true and correct copy of **Table 7**, listing the weeks in which any Plaintiff worked more than 40 hours per week, as reflected in the time punch records from Pl Exs. 13-24 listed on **Table 1** and the calculations set forth in **Table 5**.

10.     Attached hereto as **Exhibit H** are the schedules and weekly tip records for the weeks of May 11, 2009 and May 23, 2009 and excerpted from the records admitted into evidence as Def. Ex. A (pp. A-17 and A-18) and Pl. Ex. 77 (pp. FRESCO BY SCOTTO – 002976 and FRESCO BY SCOTTO 002950).

**Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United Stated of America that the foregoing is true and correct.**


/s/ *Craig R. Benson*
Craig R. Benson

Dated: January 12, 2015
        New York, New York